IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SARA C. WILLIAMS

    v.

NCO FINANCIAL SYSTEMS, INC.

NO. 10-5766

FILED
MAR - 3 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

JUDGMENT

BEFORE SLOMSKY, J.

    AND NOW, to wit, this 3rd day of March, 2011, it is ORDERED that is accordance with the acceptance of offer and entry of judgment filed by Plaintiff, judgment is entered in favor of Plaintiff and against Defendant in the amount of $1,000.00, including costs and attorney's fees accrued.

                      BY THE COURT:

                      ATTEST:

                      _____
                      Deputy Clerk

judg