IN THE UNITES STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARA C. WILLIAMS | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 10-5766 |
| v. | : | |
| | : | |
| NCO FINANCIAL SYSTEMS, INC. | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 10th day of May 2011, upon consideration of Plaintiff's Petition for Attorney's Fees (Doc. No. 8) and Defendant's brief in Opposition (Doc. No. 9), and for the reasons stated in this Court's Opinion, dated May 10, 2011, Plaintiff's Motion (Doc. No. 8) is GRANTED in the amount $5,427.50.

BY THE COURT

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.